UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **OSWALDO VALLE GUTIERREZ,** )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>**SCARLET GRANT, Warden,** )<br>**Cimmaron Correctional Facility, et al.,** )<br>)<br>Respondents. ) | Case No. CIV-25-1500-G |

## ORDER

On January 21, 2026, certain Respondents filed an Objection (Doc. No. 14) to the Report and Recommendation issued on January 14, 2026 (Doc. No. 13).

Given the expedited nature of the proceedings, Petitioner Oswaldo Valle Gutierrez is DIRECTED to file any response to Respondents' Objection (Doc. No. 14) on or before January 29, 2026.

IT IS SO ORDERED this 22nd day of January, 2026.

CHARLES B. GOODWIN
United States District Judge